UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:                                )          Case No.  11-01299-JDP
Robert E. Fuller and Caroline P.      )
Fuller,                               )
                                      )
__debtors_____           )

ORDER CONFIRMING CHAPTER 13 PLAN AND RELATED MOTIONS

IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING THAT:

   1. The Chapter 13 Plan and Related Motions (Plan) complies with the provisions of this chapter and other applicable provisions of this title;
   2. The Plan has been proposed in good faith and not by any means forbidden by law;
   3. The value, as of the effective date of the Plan of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under 11 USC Chapter 7 on such date;
   4. With respect to each allowed secured claim provided for by the plan --
     a. the holder of such claim has accepted the Plan; or
     b. the plan provides that the holder of such claims retain the lien securing such claim; and receive payment consistent with the terms of 11 U.S.C. § 1325(a)(5)(B)(i), (ii) and (iii) or
     c. the property securing such claim is surrendered to the holder of such claim.
   5. The debtor will be able to make all payments under the Plan, and to comply with the Plan.
   6. Any fees, charges or amounts required to be paid under the Chapter 13 Plan or 28 U.S.C. §§ 1911 et seq. have been paid.
   7. The debtor has paid all amounts as required under 11 U.S.C. § 1325(a)(8).
   8. The debtor has filed all applicable Federal, State and local tax returns.

   NOW THEREFORE, IT IS HEREBY ORDERED THAT:

   The debtor's Chapter 13 Plan and Related Motions is confirmed, incorporating the following modifications:   none

//end of text//

Dated:  July 25, 2011

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Approved as to form and content in the case of
Robert E. Fuller and Caroline P. Fuller

/s/ Kathleen McCallister
Debtors' trustee


/s/ Jake W. Peterson
Jake W. Peterson
Attorney for the debtors